**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01305-CR
No. 05-12-01306-CR

**CHAD BLAKELEE HIGHTOWER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-33192-W**

## ORDER

The Court **DENIES** appellant's motion for extension of time to file the brief as moot. On its own motion, the Court ordered the Clerk of the Court to file appellant's brief tendered on January 23, 2013.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE